No. 404. Mailliard & Schmiedell et al. v. Pacific Steamship Co.; and

No. 418. American-Hawaiian Steamship Co. v. Same. October 20, 1930. Petitions for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. Messrs. Howard S. Cosgrove, Robert S. Terhune, and Wm. H. Gorham for Mailliard & Schmiedell et al. Messrs.

*Louis T. Hengstler* and *Frederick W. Dorr* for American-Hawaiian Steamship Co. *Mr. Hugh Montgomery* for respondent. Reported below: 41 F. (2d) 718.